## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Denise E. Wagner,

        Plaintiff,                        Civil No. 08-1037 (RHK/AJB)

vs.                              **DISQUALIFICATION AND**
                                    <u>**ORDER FOR REASSIGNMENT**</u>

Wyeth, d/b/a Wyeth, Inc., Wyeth
Pharmaceuticals, Inc., Pharmacia &
Upjohn Company LLC, Pfizer, Inc.,

        Defendants.

        The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

        **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

        **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  April 15, 2008

                            <u>s/Richard H. Kyle</u>
                            RICHARD H. KYLE
                            United States District Judge